STATE, Respondent, v. AHLGRIM, Appellant

(33 N. W.2d 345.)

(File No. 8956. Opinion filed August 3, 1948)

**Norman Jaquith,** of Vermillion, for Appellant.
**Sigurd Anderson,** Atty. Gen., for Respondent.

PER CURIAM.

The notice of appeal in the above entitled action was served on June 18, 1947, and a certified copy of the appeal was filed in this Court on July 30, 1947. No brief has been filed by the appellant. The appeal is deemed abandoned and judgment appealed from is affirmed.

All the Judges except RUDOLPH, J., not sitting, concur.